United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 13, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60831
Summary Calendar
_____

JOSE LUIS PANIAGUA-NAVARETTE,

                                        Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

                                        Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
Board No. A71 558 062
---------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jose Luis Paniagua-Navarette petitions this court for review
of the Board of Immigration Appeals' (Board) August 26, 2004,
decision denying his motion for reconsideration of the Board's
June 10, 2004, affirmance of the Immigration Judge's (IJ) denial
of his request for cancellation of removal.

Paniagua-Navarette's brief is devoted to challenging the
IJ's decision that Paniagua-Navarette was not entitled to
cancellation of removal. He fails to present any argument with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

regard to the Board's denial of his motion to reconsider – the order that is the subject of the petition for review.  Thus, Paniagua-Navarette has abandoned his challenge to the Board's August 26, 2004, decision denying his motion to reconsider by failing to brief it.  See Al-Ra'id v. Ingle, 69 F.3d 28, 33 (5th Cir. 1995).  Accordingly, we DENY his petition for review.